IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAYWANA PALMER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 18-CV-06054 |
| ) | |
| CITY OF CHICAGO, et al., ) | Judge PACOLD |
| ) | |
| Defendants. ) | |

**PARTIES' JOINT STATUS REPORT**

NOW COME the Parties, by and through their respective counsel, and pursuant to the Court's Order, Dkt. 93, providing their Joint Status Report, as follows:

I. NATURE OF THE CASE

  A. For the Plaintiff: Jeanette Samuels – Samuels & Associates, Ltd. – 2925 S. Wabash Ave, Suite 104, Chicago, Illinois 60616; Brendan Shiller – Shiller*Preyar Law Office – 601 S. California Avenue, Chicago, ILFor Defendant Officers: Gregory Beck, Jennifer Bagby, Maria Magginas, Mark Haines – 30 N. LaSalle St., Suite 900, Chicago, Illinois 60614

  For Defendant City of Chicago: Marion Moore, Julie Murphy, Cheryl Friedman, Andrea Campbell – 30 N. LaSalle St., Suite 900, Chicago, Illinois 60614.

  B. Jurisdiction in this civil rights case comes about by the power of the court to decide matters arising under constitutional law.

  C. Plaintiff brings claims under 42 U.S.C. § 1983 for violations of the Fourth Amendment, failure to provide medical attention, deliberate indifference to serious medical need, and due process/special relationship. Under state law, Plaintiff brings claims for wrongful death, survival, *respondeat superior*, and indemnification.

  There are no counterclaims

      D.      Plaintiff seeks compensatory and punitive damages, the costs of this action, attorney's fees, and any such other relief the court deems equitable and just.

      E.      All parties have been served.

II.    DISCOVERY AND PENDING MOTIONS

      A.      There are currently no pending motions. Defendants still need to respond to Plaintiff's Amended Complaint, but all discovery and responsive pleadings are currently stayed

      B.      This case is not subject to MIDPP.

      C.      Plaintiff has issued and defendants have responded to interrogatories and requests for production. Plaintiff has issued a second set of requests for production.

            Defendants have issued and Plaintiff has responded to interrogatories and requests for production.

            Two third-party depositions have taken place.

            At this time, Plaintiff anticipates taking the deposition of the defendant-officers, the defendant-officers' supervisors, the COPA investigators, and the medical examiner. Defendants anticipate taking 3-4 more depositions. All discovery is currently stayed.

            The parties anticipate hiring experts at the close of fact discovery.

      D.      On March 7, 2019, Judge Gettleman granted Defendant City of Chicago's partial motion to dismiss Counts IV, VII, VIII and IX of Plaintiff's original complaint.

      E.      Defendants anticipate filing a partial motion to dismiss in the event that this case is not resolved through settlement.

III.    TRIAL

      A.      There has been a jury demand.

      B.      No trial date has been set. The parties anticipate being ready for spring 2021.

      C.      A final pretrial order has not been filed and there is no deadline for such a filing.

  D. The parties anticipate a trial lasting between one and two weeks, including jury selection.

IV. SETTLEMENT, REFERRALS, AND CONSENT

  A. The case was previously referred to the Magistrate Judge for a settlement conference.

  B. Settlement discussions have occurred and have resulted in the setting of a settlement conference.

  C. The parties have a settlement conference scheduled before the Magistrate Judge.

  D. The parties do not unanimously consent to proceed before the Magistrate Judge.

Dated: 8 November 2019         Respectfully Submitted,

                 **JAYWANA PALMER**

            By: /s/ Jeanette Samuels
               *One of Plaintiff's Attorneys*

            Samuels & Associates, Ltd.
            2925 S. Wabash Ave, Suite 104
            Chicago, Illinois 60616
            T: 872-588-8726
            F: 872-444-3011
            E: sam@chicivilrights.com