**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JAYWANA PALMER, as Administrator of the Estate of ROMELLO PALMER, deceased, ) ) ) | |
| Plaintiff, ) ) | Case No. 2018 C 6054 |
| v. ) ) | Judge Martha Pacold |
| THE CITY OF CHICAGO, Kenneth Moranz, Star #5687, Nicholas Nunez, Star #13672, Emil Hageline, Star #3213, Mitchell English, Star #7647, Nicholas Mukite, Star #15038, and Brian Collins, Star #16773, ) ) ) ) ) ) ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed with leave to reinstate solely in the event that the Chicago City Council rejects the Release and Settlement Agreement executed by the parties, and with each party bearing its own costs and attorneys' fees.

_/s/ Brendan Shiller_____
Brendan Shiller,
Attorney for Plaintiff, Jaywana Palmer, as administrator of the Estate of Romello Palmer
Shiller Preyar Law Offices
601 South California Avenue
Chicago, Illinois 60612
(312) 226-4590
Attorney No. _6279789____
DATE:_12/27/19___

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARK A. FLESSNER
Corporation Counsel
Attorney for defendant City of Chicago
Jessica Felker
Deputy Corporation Counsel
30 N. LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-6959
Attorney No. 6296357
DATE: 12/30/19

Maria E. Magginas,
Assistant Corporation Counsel III
Attorney for Defendants, Kenneth Moranz, Nicholas Nunez, Emil Hageline, Mitchell English, Nicholas Mukite, and Brian Collins
30 N. LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-8335
Attorney No. 6313401
DATE: 12/27/19